## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

EDDIE MITCHELL and
REBECCA MITCHELL                                                    PLAINTIFFS

v.                              No. 3:21-cv-108-DPM

CITY OF MARKED TREE,
ARKANSAS;  SERVICE
MASTER CLEANING AND
RESTORATION;  GILLIS
CONSTRUCTION COMPANY
INC.;  and JOHN DOES 1–10                                  DEFENDANTS

### JUDGMENT

The Mitchells' complaint is dismissed with prejudice.  The Court retains jurisdiction until 15 September 2023 to enforce the parties' settlement.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_17 July 2023_